# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUZ ZAMUDIO GONZALEZ,<br><br>Defendant. | Case No. 19cr3443-W<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[ECF No. 32] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 13] in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: August ___31___, 2020

_____
HON. THOMAS J. WHELAN
United States District Judge